# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | |
| ) | Chapter **7** |
| **MICHAEL RENE GREGOIRE** ) | |
| **JENNIFER ANNE GREGOIRE**, ) | Case No. **10-41931**-MSH |
| ) | |
| Debtors. ) | |
| _____) | |

## ORDER ON MOTION FOR RELIEF FROM STAY [# 14]

At Worcester in said District this **15th** day of **JULY**, 2010.

The **MOTION FOR RELIEF FROM AUTOMATIC STAY** of **U.S. BANK, N.A.** [# 14] having come before me, due notice having been given, no objection thereto having been filed or if filed said objection having been withdrawn or overruled, and good cause appearing to me therefor, it is hereby ORDERED that **U.S. BANK, N.A.**, including its successors and assigns, is granted relief from the automatic stay provisions of 11 U.S.C. § 362 for the purpose of exercising its rights under its agreements with the debtor, including foreclosing its mortgage on the property located at **254 NORTH OXFORD STREET, UNIT 3, BUILDING 1, AUBURN, MA**, more particularly described in the Motion, and if necessary bringing eviction proceedings against the debtor, all in accordance with applicable state and federal law.

By the Court,

_[signature]_ 07/15/2010

_____
Melvin S. Hoffman
U.S. Bankruptcy Judge